UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

John R. Griffin, Jr.

               v.

Hillsborough County Department of     Civil No. 15-cv-131-JL
Corrections, Superintendent

O R D E R

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated May 6, 2015. Additionally, finding that the petitioner has failed to make a substantial showing of the denial of a constitutional right, the court declines to issue a certificate of appealability. See 28 U.S.C.§ 2253(c)(2); Rule 11, Rules Governing Habeas Corpus Cases Under Section 2254; First Cir. LR 22.0.

SO ORDERED.

                                                _____
                                                Joseph N. Laplante
                                                Chief Judge

Date: May 27, 2015

cc:   John R. Griffin, Jr., pro se